IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OJI WILLIAMS, : | |
|     Petitioner : | |
|        v. : | Case No. 3:24-cv-277-KAP |
| COLETTE PETERS, DIRECTOR BOP, : | |
| MICHAEL UNDERWOOD, WARDEN, : | |
| F.C.I. LORETTO, : | |
|     Respondents : | |

<u>Memorandum Order</u>

    Petitioner Williams submitted a "Prayer for Relief" at ECF no. 7 that was docketed as MOTION for Immediate Release. It is best understood as a motion for bail pending decision on his underlying habeas petition. Bail pending decision in a habeas case is permitted where there is a showing of likely success on the merits and extraordinary circumstances. *See* <u>Landano v Rafferty</u>, 970 F.2d 1230, 1239 (3d Cir.1992). The conjunction means that failure to show either one of the elements requires the denial of the motion for bail. The Report and Recommendation I filed today explains the lack of merit to the petition. What was docketed as a motion at ECF no. 7 is denied.

    The parties have the right to appeal this nondispositive Order under Fed.R.Civ.Proc. 72(a) and 28 U.S.C.§ 636(b)(1)(A) within 14 days.

DATE: May 19, 2025

                                                                    Keith A. Pesto,
                                                                    United States Magistrate Judge

Notice by ECF to counsel of record and by U.S. Mail to:

Oji Williams, Reg. No. 41216-509
F.C.I. Loretto
P.O. Box 1000
Cresson, PA 16630